ACCEPTED
06-15-00062-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 9:16:11 AM
DEBBIE AUTREY
CLERK

## CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. Proc. 9.4(i)(3), Appellees certify that their response

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 9:16:11 AM
DEBBIE AUTREY
Clerk

brief complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has

been produced on a computer and printed in a conventional typeface of no smaller

than 14-point except for footnotes, which are no smaller than 12-point. This

document also complies with the word-count limitation of Tex. R. App. P.

9.4(i)(2)(B), because it contains 2,650 words, excluding any parts exempted by Tex.

R. App. P. 9.4(i)(1).

*/s/ Demetri Anastasiadis*
DEMETRI ANASTASIADIS
Assistant Attorney General